60 A.3d 493

IN THE MATTER OF CHRISTOPHER P. HUMMEL, AN ATTORNEY AT LAW (ATTORNEY NO. 021221982).

February 28, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–248 and DRB 12–297, recommending on the records certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **CHRISTOPHER P. HUMMEL** of **FAIR-VIEW,** who was admitted to the bar of this State in 1982, and who has been temporarily suspended from the practice of law since January 20, 2011, be suspended from the practice of law for a period of six months for his unethical conduct found in DRB 12–297, for violating *RPC* 8.1(b) (failure to cooperate with disciplinary authorities) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and disbarred for his unethical conduct found in DRB 12–243, for violating *RPC* 1.15(a) (knowing misappropriation of escrow funds) and the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.*2d 1153 (1979), and *In re Hollendonner,* 102 *N.J.* 21, 504 *A.*2d 1174 (1985);

And **CHRISTOPHER P. HUMMEL** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **CHRISTOPHER P. HUMMEL** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that in view of respondent's disbarment for the unethical conduct in DRB 12–248, the decision of the Disciplinary Review Board in DRB 12–297 is dismissed as moot; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **CHRISTOPHER P. HUMMEL** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.